Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)   [AMENDED COMPLAINT]

# UNITED STATES DISTRICT COURT
for the
MIDDLE District of FLORIDA,
JACKSONVILLE Division.

1. Jamal Vass DC#B14084.
Florida State Prison-main unit
23916 N.W. 83rd Avenue
RAIFORD, FLORIDA 32083.

Case No. 3:25-cv-992-MMH-PDB
(to be filled in by the Clerk's Office)

**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

1. Peoples.        6. Davis.         11. Bennet.
2. Robertson.      7. A. Acevedo.    12. J. Butler.
3. J. Whitehead.   8. K. Smith.      13. D. Taylor.
4. C. Pitman.      9. M. Torres.     14. ~~Beauvais~~
5. A. Hill.        10. D. Chapman.   15.

**Defendant(s)**
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- **Name:** Jamal leslie vass
- **All other names by which you have been known:** A.K.A BeastMode A.K.A MS. Divine Neptune Divas.
- **ID Number:** B14084
- **Current Institution:** Florida State Prison-main unit. C.M Building.
- **Address:** 23916 N.W. 83rd Avenue. P.O. Box #800. Florida Department of corrections.
  - City: Raiford
  - State: Florida
  - Zip Code: 32083

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- **Name:** Peoples
- **Job or Title (if known):** FDC-correctional officer-sargent
- **Shield Number:**
- **Employer:** Florida Department of corrections.
- **Address:** 23916 N.W. 83rd Avenue. Florida State Prison-main unit. P.O. Box #800.
  - City: Raiford
  - State: Florida
  - Zip Code: 32083
- [✓] Individual capacity   [ ] Official capacity

**Defendant No. 2**
- **Name:** Robertson
- **Job or Title (if known):** FDC-correctional officer-officer
- **Shield Number:**
- **Employer:** Florida Department of corrections.
- **Address:** 23916 N.W. 83rd Avenue. Florida State Prison-main unit. P.O. Box #800
  - City: Raiford
  - State: Florida
  - Zip Code: 32083

☑ Individual capacity ☐ Official capacity

Defendant No 3.

Name   John Whitehead.

Job or Title: correctional officer - sargent.

Shield Number

Employer   Florida Department of corrections.
Address    23916 N.W. 83rd Avenue.
           Florida State Prison-main unit- P.O. Box#800

           RAIFORD   FLORIDA   32083

☑ Individual capacity ☐ Official capacity

Defendant No 4.

Name   Chris Pitman.

Job or Title: FDC-correctional officer- sargent.

Shield Number

Employer   Florida Department of corrections.
Address    23916 N.W. 83rd Avenue;
           Florida State Prison-main unit - P.O. Box#800

           RAIFORD   FLORIDA   32083

☑ Individual capacity ☐ Official capacity

Defendant No 5.

Name   Amanie Hill.

Job or Title: correctional officer- officer.

Shield Number

Employer   Florida Department of corrections.
Address    23916 N.W. 83rd Avenue
           Florida State Prison- main unit. P.O. Box#800

           RAIFORD   Florida   32083

☑ Individual capacity ☐ Official capacity

Defendant 6.

Name    Ms. Davis.

Job or Title: FDC-correctional employee - RN- medical nurse

Shield

Employer    Centurion Health medical Agency

Address    Lake butler correctional institution-Regional medical center.
           Lake butler    Florida

☒ Individual capacity    ☐ Official capacity


Defendant No.7.

Name    Mr. Angel Acevedo.

Job or Title: FDC-Correctional employee - MD- medical Physician.

Shield Number

Employer    Centurion medical Agency of Florida

Address    23916 N.W. 83rd Avenue.
           Florida State Prison-main unit. P.O. Box # 800.
           Raiford    Florida    32083.

☒ Individual capacity    ☐ Official capacity


Defendant No. 8.

Name    Ms. K. Smith

Job or Title: FDC-Correctional employee - RN medical nurse

Shield Number

Employer    Centurion medical agency-of Florida

Address    23916 N.W. 83rd Avenue.
           Florida state Prison-main unit. P.O. Box # 800
           Raiford    Florida    32083.

☒ Individual capacity    ☐ Official Capacity

Defendant No 9

Name: Ms. M Torres.

Job or Title: FDC-correctional employee-RN-medical nurse.

Shield Number

Employer: Centurion Health Agency of Florida

Address: 23916 N.W. 83rd Avenue
Florida State Prison-main unit. P.O. Box #800
Raiford Florida 32083.

☒ Individual capacity   ☐ Official capacity

Defendant No 10

Name: Ms. D Chapman.

Job or Title: FDC-correctional employee-RN-medical nurse.

Shield Number

Employer: Centurion Health Agency of Florida

Address: Florida State Prison-main unit. P.O. Box #800
Raiford Florida 32083

☒ Individual capacity   ☐ Official capacity

Defendant No 11

Name: Ms. Bennet.

Job or Title: FDC-correctional employee-RN-medical nurse

Shield Number

Employer: Centurion Health Agency of Florida.

Address: 23916 N.W. 83rd Avenue
Florida State Prison-main unit. P.O. Box #800
Raiford Florida 32083.

☒ Individual capacity   ☐ Official capacity

Defendant No 12

Name: Ms. J Butler.

Job or Title: FDC-correctional employee-RN-medical nurse

Shield Number

Employer: Centurion Health Agency of Florida

Address: 23916 N.W. 83rd Avenue
Florida State Prison-main unit. P.O. Box #800
Raiford Florida 32083.

☒ Individual capacity   ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**Defendant No. 3**
Name: ms. D. Taylor
Job or Title (if known): FDC-correctional employee- RN-Medical Nurse
Shield Number:
Employer: Centurion Health Agency of Florida.
Address: 23916 N.W. 83rd Avenue
Florida State Prison-main unit. P.O. Box # 800.
RAIFord, Florida 32083
City / State / Zip Code
☑ Individual capacity    ☐ Official capacity

**Defendant No. 4**
Name: MR. Angel ACENIEDO.
Job or Title (if known): FDC-correctional employee- MD-medical physician. ~~mental health therapist~~
Shield Number:
Employer: Centurion Health Agency of Florida.
Address: 23916 N.W. 83rd Avenue
Florida State Prison-main unit. P.O. Box # 800
RAIFORD, Florida 32083.
City / State / Zip Code
☑ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
1. the plaintiff's alleged that his First Amendment Constitutional rights unto redress grievances Procedures were violated by the defendant's unfairly and unjustly while held at Florida state prison.
2. the plaintiff's alleged that his Fourth Amendment constitutional rights against unreasonable searches and seizures conducted and or displayed were violated by the defendant's unfairly and unjustly while held at Florida state prison.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s)

II. Basis For Jurisdiction (section B. contenued).

3. The Plaintiff's alleged that his Fifth Amendment constitutional right onto due process of law were violated by the defendant's unfairly and unjustly. while held at the Florida state Prison.

4. The Plaintiff's alleged that his Eight Amendment constitutional right against crule and unuseral punishments being inflicted were violated by the defendants unfairly and unjustly. while held at the Florida state Prison.

5. The Plaintiff's also alledged that his Fourteenth Amendment constitutional right unto the Due process equal protection clauses as a natural born citizen in the united states were violated by the defendants unfairly and unjustly. while at the Florida State Prison.

6. All of the defendants named within this Pro Se 42 U.S.C §1983 (Prisoner complaint) Form For violations of his US constitutional civil rights. is being sued in their individual capacities as state employees. For violations of both his Federal and state torts claims. while held isolated at the Florida state Prison-main unit's close mann agement building. placed in imminate dangers being housed amongst documented enimies and gang related rivals. displaying retaliations aginst him.

II. Basis For Jurisdiction (section D Contenued) (Defendants Liabilities).

Defendants misconducts by displaying the act of Failtures to protect unjustly.

3. Defendant(s): D. Taylor, M. Torres, J. Butler, Bennet, D. Chapman and, K. Smith are all medical Registered nurses at the Florida State Prison-main unit and they are being sued For displaying the act of discriminations and medical misconducts Violating my ADA/ H.i.p.p.a law rights of privacy act/ information protection and confidentiality because of discriminatory based reason to deny me of Just and Fair proper medical care

4. Defendant: Angel Acevedo is a medical physician employee at the Florida State Prison-main unit Facility. and he is currently being sued For his involvements of displaying the act of medical misconducts and denials of Just and Fair medical care as well as Failture to treat a Serious medical contitions

5. Defendant: . Davis is a medical Registered nurse at the lake butler correctional institution-Regional medical center (R.M.C unit). and she is being sued For displaying medical misconducts, discriminations and crule and unuseral Punishments inflicted upon me while i was held at lake butler c.I (R.M.C unit) unjustly.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

1. Defendant(s): Chris Pitman, John Whitehead, and Amanie Hill are all correctional officers at the Florida state prison-main unit C.M. Facility. and they are being sued for their roles of displaying officers misconducts by displaying the acts of failtures to protect unjustly.

2. Defendant(s): . Robertson and . Peoples are both correctional officers at the Florida state Prison-main unit C.M. Facility. and they are being sued for their roles of displaying

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows (check all that apply):

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner.
- [ ] Convicted and sentenced federal prisoner
- [x] Other (explain) Close Mannagement level I and convicted and sentenced State prisoner.

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.
The incident had ended up occuring at the lake butler correctional Institution Regional medical center.(R.M.C unit) unit. after i was transported there to receive a blood transfusions during the daytime administrative shift hours. before the daytime shift hours had changed and some of the defendants named in this claim had went home.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.
The incident had began to occur to happen while i was held at the Florida state Prison-main unit Prison Facility. waiting to get transported during administrative shift hours.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

1. ON Thursday, August 14th, OF 2025, between the shift hours of approximately (10:00a.m untill about approximately 3:30p.m) was when the incidents had Also occured

2. ON Thursday, August 14th of 2025, between the shift hours of approximately (4:00a.m untill about approximately 6:30p.m) After the daytime shift hours had changed. the same day.

D. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?) i was deprived the just and fair opprotunity to receive proper medical treatments and attention. after i was attacked by another inmate, who was escorted to the lake butler C.I. (R.M.C unit) along with me, to receive a blood transfusions that was hired by some of the same outkasts gang members, who i had been filing dozens of grievances aginst in another disciplinary confinement dormitory housing unit wing. where the escorting transportations officer. Robertson had once worked at. months ago at the Florida state prison-main unit facility. where i had

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. i developed cuts and bruises on my ankles from the ankle cuffs scraping across my skin. that had left a perminate scar that was never cross-examined nor reported as personal injuries inflicted upon me. once i had been escorted back from the lake butler C.I (R.M.C unit) medical center. and assested improperly by the medical nurse R.N. M.S.K. smith. who refused to report my injuries after i was attacked by the other inmate. who was escorted to the lake butler C.I (R.M.C unit) by security staff members. who had shared knowledge with her about the incident which had occured inside of the hallway. where i was struck at on the right and left hand by the inmate

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. The plaintiff's/petitioner's respectfully request the following relief's sought. as basis for these claims currently being presented within this 42 U.S.C§1983 (Prisoner's complaint) Form. being filed aginst the violations of each and every one of his united states constitutional civil rights. that were violated while he was held as an FDC-inmate/prisoner at the Florida state prison-main unit. inside of the close mannagements (C.M Building) facility. suffering from being chastized and harrased by multiple of his peers and F.S.P-main units (C.M Building) FDC-staff members. who were paid by the defendant's

IV. Statement of claims: (Section D. Facts contuved).

Filed Grievances aginst him and dozens of other FDC-staff members, employees, and inmates.[8] who he had assisted a gang related hate crime of retaliations.that was being displayed aginst me months ago.[9] when i had been cohursed into cutting my arms wide open at inside of a confinement housing unit dorm where he (i.e. officer .Robertson) was assigned to work at inside of a disciplinary confinement housing unit's[11] dorm filled with wellknown inmates.[12] who were apart of the outkassts (o.ks) gang. that had been the reasons as to why i was forced to undergo a blood transfusion.[13] that the defendant officer .Robertson had been contacted to assist the escorts process to transport[14] both me and the inmate who i was enimies and gang related rivals aginst to the[15] lake butler c.I (R.M.c unit) alongside his partner officer .Peoples and their partner officer .Williams.[16] who were assigned to follow their vehicle during the medical emergency transportations run outside of the Florida state prison-main unit e.m. Building Facility.[17] where i was verbally threatened at by some of the outkassts (o.ks) gang members who was sitting inside of the holding cages closely monitoring me. before and after[18] i was escorted inside of the medical unit's clinic to get assested. by medical staff[19] members involved in this Prisoner's complaint form. currently being filed aginst some of them too.(i.e RN-D.Taylor, RN-M.Torres, RN- .Bennet, RN. Frese, RN. J.Butler and RN.I .Chapman).[19] who were all present inside of the medical clinic unit. where i was being monitored by my owing disciplinary confinement dormitory housing unit's sargent. Chris pitman. and his partners sargent. John whitehead, officer. Amanie hill and the medical clinic unit's assigned security gaurd sargent J.Land.[20] who was stationed inside of the clinic monitoring me and the other inmate.[21] who was also assigned to lake butler c.I (R.m.c unit) medical listing to receive blood transfusions as well.[22] while we were sitting inside of the medical clinic awaiting for the other transportation[23] officer to arrive. i was deprived of the opprotunity to receive x-rays of my left hand injuries.[24] which i had sustained days before i was put in the data[25] base record system. to get escorted to lake butler c.I. (R.m.c unit) to receive blood transfusion treatments and attention.[26] for the serious life threatening and hazerdos physical injuries.[27] that i was forced to inflict upoun myself isolated inside of the cellrooms.[28] where i was being interogated at and retaliated aginst.[29] by dozens of gang related[30] members apart of the outkassts (o.ks) gang. that had clicked up with dozens of different bloods sets of gang members and crips sets of gang members,[31] and other sets of different gang members and security threats group members.[32] to

IV. Statement of claims: (section D Facts contenued).

attack me and other inmates. [33.] who were Found to have been homopobic, bipobic, and transpobic aginst even lesbianism. [34.] at the Florida state Prison main unit C.M. Building Facility. where my liFe was placed into extreme dangers. [35.] housed amongst those types of incarcerated people. [36.] that began to put their Funds together to have attacks issued out aginst me. [37.] beFore i was then escorted to the transport vehicle van along with the other inmate. [38.] who was sceduvaled to go to the lake butler C.I. (R.M.C unit) with me. in seprete parts of the van to [39.] receive a blood transFusions treatment of attention. [40.] aFter being Forced to sit in the bloody conditions with opened cuts and wombs. [41.] which were never being stitched closed by those medical employees. [42.] who were displaying racist retaliations aginst me. directly in Front of the medical Physician Dr. Angel [43.] Acevedo. who was present also inside of the medical clinic unit. [44.] where i was denied proper medical care of treatments of attention at. [45.] that was not being properly reported by the medical clinic units stuFF employees. [46.] who were assisting oFFicers misconducts. [47.] that were being displayed aginst me by dozens oF oFFicers. [48.] who i had Filed grievances aginst in the past. [49.] and had even attempted to File a 42 U.S.C §1983 (Prisoners Complaint) Form aginst [50.] recently last year. beFore this incidents had began to occur in this Florida state Prison system. [51.] where i was retaliated aginst by dozens oF FDC-stoFF members. [52.] who worked at the lake butler C.I (R.M.C unit) Facility. [53.] once i had arrived there and was standing inside oF the hallway. [54.] outside oF the blood labs examination treatment room areas. [55.] awaiting to get escorted into the blood labs examination treatment room. [56.] to receive blood transFusion issued by the medical nurse. RN .Devis. [57.] i was attacked by the inmate who was hired as a hitman. [58.] to assassinate me by the outkassts gang members who i had an arguements with that had verbally threatened me. [59.] beFore we had leFt the prison Facility earlier in the day. [60.] beFore he had assaulted me directly in Front oF the transportation oFFicers. robertson and oFFicer. peoples. [61.] who i had informed oF my physcological emergency. [62.] aFter they had allowed that inmate to strike me on my leFt hand. [63.] that was injucied physically For days beFore we had leFt the prison Facility. [64.] where i had been denied x-rays at taken oF my hand injuries. [65.] that i had turned in dozens oF sick call request Forms about. and had showed to the nurse J.W. mcgraw days [66.]

IV. Statement of claims: (SECTION-ONE-TEEN Facts continued).

67. ago. before this incident had occured. before i was then escocrted into the bloodlabs examination room to undergo treatments of attention. 68. with the same inmate who was paid to kill me. 69. before we had left the c.m. building Facility with officers. robertson and officer. peoples. 70. who had us sit directly across from each other. 71. after i was assualted by the inmate 72. who kept tring to extort me for my food. by repeatively asking me for some thing to eat because of retaliation reasons. 73. that sprung from incidents that had occured between me and some outkassts (o.k's) gang members. 74. that i had filed grievances aginst at the Florida state prison-mainunit c.m.building Facility. months ago. 75. who had told the officer. robertson to have me served 76. a styrofoam, suicide housing observation status (SHOS) tray of food. 77. that they all had been allowed to poison and remake with their bodyly fluids (i.e. salava, spit, urien, semine, blood and anal fluids), ect., ect.,). to get me sick and ill and to retaliate 78. aginst me. for being homopobic, bipobic, and transpobic to wards dozens of their outkassts (o.k's) gang members. 79. who were being aid and assisted by the two escort officers. robertson and. peoples. 80. who had refused to have me seperated away from that inmate. 81. who was recruited apart of the outkassts (o.k's gang) at the Florida state prison-main unit c.m.building Facility. 82. where the two officers had supported racist prison staff misconducts at in the past. 83. months ago that ended up being the causes of me being forced to undergo a blood transfusion. at the R.M.C unit. 84. where i was also retaliated aginst by the medical nurse RN-. Davis and her co-workers. 85. who nearly started to engage into a "Fists Fight" in front of me, and the inmate who had assualted me, and the medical employees. 86. who was assigned to give me two bags of blood. 87. that were allowed to get inserted into me with the blood transfering machine turned up to the highest levels of speed. 88. that was pumping the blood into me way to fast untill it began to start making me feel sick, ill, weak and dizzy. 89. after the officers. robertson and. peoples had been called out. 90. by the sargent who had to step into the situation because of the incident. 91. which had occured inside of the hallway areas. 92. where i was assualted at by the inmate who had struck me on my injured left hand. 93. before the disorderly officer's misconducts had happened. 94. while we were hooked up to the bloodtransmitter's

IV. Statement of claims: (Section D. Facts contenued).

machines. 96. after i was attacked by the inmate who was hired as a hitman by the outkassts (o.k's) gangmember. 97. who was a documented enimie of mines since 2021, that had threatened me in the holding cages. 98. before we left the Prison Facility and had traveled to the lake butler C.I. Regional medical center (R.M.C unit). 99. where the incident had emerged into beeomming a serious threats. 100. to many of more lives that were effected and traumatized. 101. by the disorderly officer's misconducts that had occured before we had left the R.M.C unit after being forced to consume blood into our bodys. 102. at the highest levels of speed beeause the escort officers .Robertson and .peoples kept on rushing the medical nurse .Davis and her co-work to speed up the process. 103. i was denied proper medical care of treatments and proffessonal attention from the medical nurse RN-K.smith. 104. who had refused to document my physical hand injuries and the officer's disorderly misconducts. 105. that she had heard about occuring while i was held at the lake butler C.I-R.M.C unit. 106. suffering from another hate crime of racist retaliations that was being displayed aginst me. 107. before we got back to the Florida State Prison-main unit C.M.Building Facility. 108. where she had failed to treat me for my serious physical injuries. 109. before she released me back to the C-wing confinement housing unit. 110. where i was also denied mental health counseling with ms. B.naivas the next day.

V. Injuries sustained: (contenued).

before and after i was transported back to the Florida State Prison-main unit Facility. where i was also denied Just and fair emergency medical treatments for the allergic reactions. which i had began to expirence after being forced to consume blood rushed into my vains. which had caused me sever body aches, pains, and physical disfunctions that i was forced to report in dozens of sick call request forms and grievances. which were being purposely ignored by the medical clinic unit's staff members and employees that were refusing to have me sent outside to a nearby hospital (i.e. Jackson memorial) to receive emergency proffessional support or back to the lake butler C.I.(R.M.C unit) to get evaluated for other life threatening medical conditions or complications after i had reported medical staff abuses and misconducts to the medical nurse(s): J.butler, .chapman, D.Taylor, J.Joyce, J.mcgraw, .feres and .Torres who all had refused to request to have me sent out to receive Physical tests and screenings issued for my complaints.

V. injuries sustained: (contenued)
who was an outkasst's (o.k:) gang related member/hitman that was escorted to the R.M.C unit along with me to receive a blood transfusion before the attack had occured while their being treated for suicide attempts after we had cut ourseives wide opened at the Florida State Prison-main units C.M Facility. where we had lost tremendous amounts of blood at and was left in these poor bloody conditions isolated within the cellrooms for more than 23/hours a day, without receiving any woundcare or dressing changes for many of months unjustly and or unfairly before we were sent to R.M.C where i was attacked at and deprived of x-rays taken of my hand injuries which was documented and reported by medical nurses and staff employee who seen it broken.

VI. Relief's sought: (contenued)
to assist hate crimes of discriminatory based governmental retaliations. displayed a ginst him as a state prisoner/inmate before he filed this 42 U.S.CS1983(Prisoner's complaint) Form aginst them seeking these said reliefs as followed:

1. the Pléintiff's are requesting for this Honorable US District court to to impose an injunctive order enforceing the defendant(s) to pay the full am ounts of $75,000.00/dollars each seperately. to pay for the personal injuries inflicted upoun the plaintiff Jamal Vass DC#B14084. because of the prison misconducts that had worsened his serious physical injuries and h.i.v positive medical conditions status. that was not being properly take care of.

2. the Plaintiff's are requesting for this Honorable US District court to impose an injunctive order enforceing the Florida Department of Health's centurion medical agency's. medical staff members to conduct a full invest igations aginst the Prison Facility's medical staff members unproffesson al misconducts and make a rulings aginst the staff members medical misconducts which denied the plaintiff Jamal Vass DC#B14084. medical care fairly.

3. the Plaintiff's are requesting for this Honorable US District court to impose an injunktive order enforceing the Florida Department of correct ions Headquarter building to have it's security teams office staff members investigated by the FDC-inspector generals office about officers misconducts.

4. the Plaintiff's are requesting that this Honorable US District court to impose an injunctive order enforceing the local internal affairs office to investigate their claims aginst the prison misconducts alleged in this complaint.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). The Petitioner's claim that he was held confined at the Florida State Prison- main unit, close mannagement housing unit building Facility. where the incident's had began to occur at during the daytime shift hours while being Forced to sit inside of the holding cage outside of medical waiting to get transported to lake butler C.I (R.M.C unit) and then agian at the lake butler C.I (R.M.C unit).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)? 1. any claims aginst medical staff misconducts, 2.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☐ No

E.  If you did file a grievance:

1. Where did you file the grievance? at the Florida state Prison-main unit Facility. while held ~~isolacted~~ inside of the C-wing dormitory housing unit's close mannagement C.M building. where i was housed at inside of the cellroom#1123, located on the First Floor level areas. of the disciplinary confinement dormitory housing unit early in the morning when the haitian woman ms. Patricia A. goodman had been escorted around the dormitory housing unit's bottom Floor areas to collect all of the inmates grievances Filed.

2. What did you claim in your grievance? the Plaintiff's/Petitioner's alledged that 1. the defendant(s): Denial's of Proper medical care, 2. ADA-H.i.p.p.a law/rights to privacy act/confidential information protection violations issues., 3. FDC- staff codes of conducts violation issues displayed and the types of prison staff misconducts which were displayed by some of the defendants named in this 42 U.S.C. 1983 (Prisoner's complaint) Form being Filed. and 4. that crule and unuseral punishments inflicted.

3. What was the result, if any? some of my inmate informal grievances were being stolen, confinscated unjustly and unfairly. by dozens of prison staff and employees who were stalking after me. and sping in on my access to the courts priviages and attorney visit's all of this year and last year to closely monitor my convertations and paper work Filings information to outside governmental agencies and courthouse officials to check if i was ~~snitching on any of their gang related members.~~ family members and friends so no results.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.) I Did attempt to appeal the informal grievance at the institutional level. but due to death threats I have not Fully completed the grievance appeal's process. due to the types of prison administrative FDC-staff misconducts. which has been occuring here lately to prevent a lawsuit.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.  If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: due to the types of retaliations of which i have been forced to expirence. while being isolated at the Florida state prison-main unit (C.M Building) Facility. housed amongst enimies and gang rivalry members. who has been violating my legal mail illegal documentations privilages, my rights to grievances procedures, and my ADA-hii.p.p.a law right's to privacy act/confidentiral information protection privilages, along with my confidential classifications records unjustly

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: i've informed the medical nurse(s): ms. and ms. J. Amster about this incidents which i am reporting within this 42 U.S.C§1983 (prisoner's complaint) form. on monday, August 18 of 2025, between the early morning shift hours of around about (2:00 a.m untill about 2:30 a.m) during their medical assignments while they were drawing my DNA blood labs to test my blood count levels for multiple of diffrent reasons during the sargent J. howard's shift hours once i was forced to give DNA blood labs inside of my cell/room.

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Section F.1. (contenued): to prevent me from filing a civil law suit case aginst them and their crowds of friends and family members during my current imprisonment sentence at the Florida state prison-main unit C.M Building Facility where they have paid spies, hitmen, and partners hired at stealing alot of my mailing documentations and paper works at to prevent a law suit case filed against them my grievances were trashed.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes
    ☑ No

    If no, give the approximate date of disposition. _none_

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition   none

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: August 25th of 2025.

Signature of Plaintiff: Jamal leslie Vass.
Printed Name of Plaintiff: Jamal leslie Vass
Prison Identification #: B14084
Prison Address: Florida State Prison-mainunit P.O.Box #800
RAIFORD / Florida / 32083
City / State / Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code
Telephone Number: _____
E-mail Address: _____